

**SCHWARTZ PERRY HELLER** LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

January 19, 2021

SO ORDERED

**Via ECF**

Judge George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street, Room 1310
New York, NY 10007

JAN 19 2021

The initial conference is adjourned from January 21, 2021 to April 29, 2021 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: **James Burns v. TileBar LLC, Soho Studio, LLC,
Sea Shepherd, Corp. & Elizer Mechlovitz**
**1:20-cv-06618-GBD**

Dear Judge Daniels:

We represent the Plaintiff in the above-referenced action. I write following a conversation with the Court's law clerk on Friday, January 15, 2020.

I write on behalf of the parties to respectfully request that the preliminary conference scheduled for Thursday, January 21, 2020 at 9:30 am, be adjourned. The parties submitted a proposed Civil Case Management Plan & Schedule on January 14, 2021. The parties have scheduled a mediation through the Southern District's Mediation Program for this Friday, January 22 and will be prepared to commence discovery thereafter. The parties, therefore, respectfully request that the conference be adjourned to a date later in the discovery process.

We thank the Court for its assistance in this matter.

Respectfully,

*Brian Heller*
BRIAN HELLER

cc: Blythe E. Lovinger, Esq. – via email