UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JAMES BURNS,

                              Plaintiff,

    -against-

TILEBAR LLC, SOHO STUDIO, LLC, SEA
SHEPHERD, CORP., and ELIEZER MECHLOVITZ,
individually,

                            Defendants.
------------------------------------------------------------x

ORDER

20 Civ. 6618 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The April 29, 2021 initial conference is cancelled.

Dated: New York, New York
       April 26, 2021

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge