UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JAMES BURNS,

                  Plaintiff,

-against-

TILEBAR LLC, SOHO STUDIO, LLC, SEA SHEPHERD, CORP., and ELIEZER MECHLOVITZ, individually,

                  Defendants.

------------------------------------x

ORDER

20 Civ. 6618 (GBD)(SDA)

GEORGE B. DANIELS, United States District Judge:

The June 10, 2021 status conference is cancelled, in light of this Court's referral to Magistrate Judge Aaron for General Pretrial.

Dated: New York, New York
       June 2, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge